```
                              FILED
                        CLERK, U.S. DISTRICT COURT
                              7/31/2020
                        CENTRAL DISTRICT OF CALIFORNIA
                        BY: _____jgu_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:20-cr-00099-JVS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| PHINEAS COZMIUC, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about January 28, 2020, in Orange County, within the Central District of California, defendant PHINEAS COZMIUC knowingly possessed a Cooler Master Computer Tower, with serial number RC431PKWN21165300804, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video titled "02-quicktime.mov," which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and

foreign commerce by any means, including by computer, knowing that the images were child pornography.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office