# Memorandum

8:20-cr-00099-JVS

FILED
CLERK, U.S. DISTRICT COURT
7/31/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____jgu_____ DEPUTY



| Subject: | Date: |
|---|---|
| United States v. Phineas Cozmiuc | July 31, 2020 |
| To: | From: |
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | DANIEL H. AHN<br>Assistant United States Attorney<br>Criminal Division |

For purposes of determining whether the above-referenced matter, being filed on July 31, 2020:

(a)  should be assigned to the Honorable André Birotte Jr., it

☐ is

☒ is not

a matter that was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)  should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

DANIEL H. AHN
Assistant United States Attorney